IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JOSEPH EUGENE DAMRILL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1634-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    George J. Wall
    1336 E. Burnside Street, Suite 130
    Portland, Oregon 97214

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Britannia I. Hobbs
    Assistant United States Attorney
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon 97204-2902

Page 1 - ORDER

Daphne Banay
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on September 2, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  Plaintiff has filed objections, and the Commissioner has filed a response.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a *de novo* determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Judge Stewart's Findings and Recommendation (#12).  The decision of the Commissioner is AFFIRMED.

Dated this _____21st_____ day of October, 2008.

                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge