IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JOSEPH EUGENE DAMRILL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1634-ST |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    George J. Wall
    1336 E. Burnside Street, Suite 130
    Portland, Oregon  97214

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Britannia I. Hobbs
    Assistant United States Attorney
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon  97204-2902

Page 1 - JUDGMENT

Daphne Banay
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

By Order issued October 21, 2008, this court ADOPTED the Findings and Recommendation of Magistrate Stewart.  Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED.

Dated this    21st    day of October, 2008.

        /s/ Garr M. King
        Garr M. King
        United States District Judge